No. 89–290. JONES ET AL. *v.* TRUCK DRIVERS LOCAL UNION No. 299. C. A. 6th Cir. Certiorari denied.

No. 89–311. CONSOLIDATED GAS COMPANY OF FLORIDA, INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 89–327. LUCAS ET AL. *v.* LLOYD'S LEASING ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–350. LANTANA CASCADE OF PALM BEACH, LTD. *v.* LANCA HOMEOWNERS, INC. Sup. Ct. Fla. Certiorari denied.

No. 89–362. ROE ET AL. *v.* DOE ET AL. Sup. Ct. Fla. Certiorari denied.

No. 89–405. MOKI MAC RIVER EXPEDITIONS, INC. *v.* ARIZONA DEPARTMENT OF REVENUE. Ct. App. Ariz. Certiorari denied.

No. 89–422. WILLIAMS *v.* HEALEY. C. A. 2d Cir. Certiorari denied.

No. 89–438. GREG'S HESS STATION, INC. *v.* NEW JERSEY COMMISSIONER OF TRANSPORTATION ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–468. DOUGLAS *v.* LEGAL ETHICS COMMITTEE OF THE WEST VIRGINIA STATE BAR. Sup. Ct. App. W. Va. Certiorari denied.

No. 89–472. WHITE ET AL. *v.* CELOTEX CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–477. CHANDLER'S COVE INN, LTD. *v.* HOLLAND, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 89–487. REPUBLIC OF GHANA ET AL. *v.* TREFALCON CORP. ET AL. C. A. 2d Cir. Certiorari denied.